OPINION — AG — STATE PROPERTY, SUCH AS A PORTION OF LAKE MURRAY STATE PARK, MAY BE LAWFULLY ANNEXED TO A CITY, SUCH AS THE CITY OF ARDMORE, OKLAHOMA. THE ATTORNEY GENERAL EXPRESSES NO OPINION AS TO THE LEGALITY OF THE PARTICULAR PROCEEDINGS REFERRED TO BY YOU. THE CITY OF ARDMORE MAY NOT ENFORCE ANY ORDINANCE OF SAID CITY UPON ANY PART OF LAKE MURRAY STATE PARK IN THE ABSENCE OF A WAIVER ON THE PART OF THE STATE OF OKLAHOMA. (HARVEY CODY) ** SEE: OPINION NO. 69-342 (1970) **